**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

FILED

VIVIAN WRIGHT,

     **Plaintiff,**

v.

DUVAL COUNTY SCHOOL BOARD,

     **Defendant.**

_____/

2006 FEB 13  A 10: 24

**Case No. 3:05-cv-775-HES-TEM**

## ORDER

Before the Court is Defendant Duval County School Board's Motion to Dismiss (Doc. No. 4, filed October 18, 2005). Plaintiff Vivian Wright, *pro se*, filed a Motion to Not Dismiss Complaint (Doc. No. 5) on October 27, 2005, which the Court will construe as a response to Defendant's Motion to Dismiss. Defendant argues that the Court lacks subject matter jurisdiction over Plaintiff's Title VII employment discrimination claim because Plaintiff had not received a right to sue notice from the Attorney General. (Doc. No. 4 at 2.) Plaintiff received written notice of right to sue dated June 1, 2005 from the Attorney General. (Compl. at 1.) Accordingly, Defendant's Motion to Dismiss (Doc. No. 4) is **DENIED**.

**DONE AND ENTERED** at Jacksonville, Florida, this 10 day of February, 2006.

HARVEY E. SCHLESINGER
**United States District Judge**

Copies to:
Ernst D. Mueller, Esq.
Vivian Wright, *Pro Se*

1