FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2006 MAR 30  P 4:58

VIVIAN WRIGHT,

    Plaintiff,

v.                                              Case No. 3:05-cv-775-J-20-TEM

DUVAL COUNTY SCHOOL BOARD,

    Defendant.
_____/

## ORDER

Before the Court are two motions filed by Plaintiff Vivian Wright, who is proceeding *pro se*. The first is Motion for Final Judgment (Doc. No. 9, filed February 17, 2006) and the second is a motion titled Stays of Discovery Motion for Final Judgment and Response to Defendant's Answers (Doc. No. 13, filed March 15, 2006). Defendant Duval County School Board has responded to neither motion.

On February 7, 2006, the undersigned issued an Order to Show Cause to Plaintiff (Doc. No. 7), directing Plaintiff Wright explain, within eleven days of the date of the Order, why her case should not be dismissed for her failure to file a joint Case Management Report. To date Plaintiff has failed to file a joint Case Management Report or otherwise explain its absence. The Court, taking note that Plaintiff is proceeding *pro se*, extends great leniency to Plaintiff and construes the Motion for Final Judgment (Doc. No. 9) as an attempt to comply with the Order to Show Cause. Nevertheless, the Motion for Final Judgment is an insufficient substitute for a joint Case Management Report.

Accordingly, Plaintiff shall have **eleven (11) days** from the date of this Order to meet with the Defendant and then file a joint Case Management Report, otherwise the case will be dismissed with prejudice for failure to comply with a Court Order.  Additionally, as Defendant has filed an Answer to the Complaint (Doc. No. 12, filed March 6, 2006), Plaintiff's two motions before the Court (Doc. No. 9 & 13) have no basis in law and are **DENIED**.

**DONE AND ENTERED** at Jacksonville, Florida, this 30 day of March, 2006.

_____
HARVEY E. SCHLESINGER
United States District Judge

**Copies to:**

Vivian Wright, *pro se*
Ernst D. Mueller, Esq.
Garry Randolph, CRD